UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL CURRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J GEDDES, et al.,<br><br>　　　　Defendants. | No. 1:20-cv-00235-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS<br><br>(Doc. No. 10) |

Plaintiff Terrell Curry is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 23, 2020, the assigned magistrate judge screened plaintiff's complaint and found that plaintiff had stated a cognizable claim against defendant Geddes for retaliation in violation of the First Amendment, but that he had failed to state any other cognizable claims against defendant Geddes or any other named defendants. (Doc. No. 7.) Plaintiff was granted leave to file an amended complaint or notify the court of his willingness to proceed only on the claim found to be cognizable in the screening order within thirty (30) days after service of the screening order. (*Id*. at 9–10.) On May 1, 2020, plaintiff notified the court that he was willing to proceed only on the claim identified by the magistrate judge in the screening order as cognizable. (Doc. No. 8.)

/////

1  Consequently, on May 4, 2020, the assigned magistrate judge issued findings and
2  recommendations, recommending that this action proceed on plaintiff's claim brought against
3  defendant Geddes for retaliation in violation of the First Amendment. (Doc. No. 10.) The
4  magistrate judge also recommended that all other claims brought and defendants named by
5  plaintiff in his complaint be dismissed. (*Id*. at 2.) The findings and recommendations were
6  served on plaintiff and contained notice that any objections thereto were to be filed within
7  fourteen (14) days after service. (*Id*.) No objections have been filed and the time in which to do
8  so has now passed.

9  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
10 *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
11 findings and recommendations are supported by the record and proper analysis.

12 Accordingly,

13 1. The findings and recommendations issued on May 4, 2020 (Doc. No. 10) are
14    adopted in full;
15 2. This action shall proceed on plaintiff's claim against defendant Geddes for
16    retaliation in violation of the First Amendment;
17 3. All other claims and defendants are dismissed; and
18 4. This action is referred back to the assigned magistrate judge for further
19    proceedings consistent with this order.

20 IT IS SO ORDERED.

21 Dated:  **June 18, 2020**                              /s/ Dale A. Drozd
22                                                       UNITED STATES DISTRICT JUDGE