UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRELL CURRY,**<br><br>                                   Plaintiff,<br><br>          v.<br><br>**J. GEDDES,**<br><br>                                   Defendant. | Case No. 1:20-cv-00235-DAD-EPG (PC)<br><br>**ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME**<br><br>**(ECF No. 20)** |

   The Court, having considered the *ex parte* request of Defendant J. Geddes for an extension of time to file a response to Plaintiff's complaint, and good cause having been found, hereby GRANTS Defendant's request.  Defendant shall respond to Plaintiff's complaint on or before September 8, 2020.

IT IS SO ORDERED.

   Dated:   **July 6, 2020**                              /s/ Erica P. Grosjean
                                                                           UNITED STATES MAGISTRATE JUDGE