UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRELL CURRY,** | Case No. 1:20-cv-00235-DAD-EPG (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S *EX PARTE* REQUEST FOR EXTENSION OF TIME TO RESPOND TO COURT'S REFERRAL TO ADR** |
| v. | |
| **J. GEDDES,** | (ECF No. 19) |
| Defendant. | |

The Court, having considered the *ex parte* request of Defendant J. Geddes for an extension of time to make an election regarding early mediation of this matter, and good cause having been found, hereby GRANTS Defendant's request.  Defendant has until August 17, 2020, to either: (1) file a notice that Defendant opts out of the settlement conference; or (2) contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule the settlement conference.[1]

IT IS SO ORDERED.

Dated:   **July 7, 2020**                        /s/ Erica P. Grosjean
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the parties may communicate via letter.