UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL CURRY,<br><br>        Plaintiff,<br><br>   v.<br><br>J. GEDDES,<br><br>        Defendant. | Case No. 1:20-cv-00235-DAD-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S EX PARTE REQUEST FOR COURT ORDER FOR PLAINTIFF TO HAVE PHYSICAL ACCESS TO LAW LIBRARY<br><br>(ECF No. 24) |

Terrell Curry ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On July 27, 2020, Plaintiff filed an *ex parte* request for a court order for Plaintiff to have physical access to the law library. (ECF No. 24). Plaintiff states that, as a *pro se* litigant, it is difficult for him to conduct research and to prepare motions and responses. Plaintiff plans on filing a summary judgment motion in this case. But in preparing, Plaintiff has to wait until Defendant files moving papers to get only a thirty-day Preferred Legal User status to get to the law library. Even then, he has to use that 30-day period to file a response to said motion, and he would be limited to only four hours a week. Prisoners are being allowed access to the law library only upon receiving a thirty-day deadline on an active case, and have to exercise social distancing

with cloth face masks on.  Access is allowed on Tuesdays and Thursdays only, with two different sessions each time.  Plaintiff asks for access to the law library for at least two hours, twice a week.

Plaintiff's motion will be denied.  While Plaintiff does not state it directly, it appears that law library access is being limited due to the ongoing coronavirus (COVID-19) pandemic.  Plaintiff has not explained why he should be provided with special access to the law library, and the Court does not see a need for Plaintiff to have special law library access at this time.  A schedule has not yet been set in this case.  Once a schedule has been set, Plaintiff will have a deadline to file a motion for summary judgment, and if Plaintiff needs an extension of that deadline (or any deadline) due to a lack of law library access, he may file a motion for an extension of time.

Accordingly, IT IS ORDERED that Plaintiff's *ex parte* request for a court order for Plaintiff to have physical access to the law library is DENIED.

IT IS SO ORDERED.

Dated:   **July 28, 2020**                       /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE