UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL CURRY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>J. GEDDES,<br><br>　　　　　　Defendant. | Case No. 1:20-cv-00235-DAD-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AND DIRECTING DEFENDANT TO RE-SERVE PLAINTIFF WITH ANSWER<br><br>(ECF No. 31) |

　　　　Terrell Curry ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On September 28, 2020, Plaintiff filed a request for entry of default. (ECF No. 31). Plaintiff states that defendant Geddes had until September 8, 2020, to file her answer, but did not do so. However, Plaintiff is incorrect. Defendant Geddes filed her answer on September 8, 2020. (ECF No. 29).

　　　　Accordingly, IT IS ORDERED that Plaintiff's request for entry of default is denied.

\\\
\\\
\\\
\\\
\\\

1

Because it appears that Plaintiff never received a copy of defendant Geddes' answer, IT IS FURTHER ORDERED that, within seven days from the date of service of this order, defendant Geddes shall serve Plaintiff with another copy of her answer.

IT IS SO ORDERED.

Dated:   **September 30, 2020**                  /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE