UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL CURRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J GEDDES, et al.,<br><br>　　　　Defendants. | No. 1:20-cv-00235-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION<br><br>(Doc. Nos. 17, 28) |

Plaintiff Terrell Curry a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 24, 2020, the assigned magistrate judge issued the pending findings and recommendations, recommending that plaintiff's motion for a preliminary injunction (Doc. No. 17) be denied. (Doc. No. 28.) The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. (*Id.* at 6–7.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

/////

/////

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on August 24, 2020 (Doc. No. 28) are adopted in full; and
2. Plaintiff's motion for a preliminary injunction (Doc. No. 17) is denied without prejudice.

IT IS SO ORDERED.

Dated:   **October 11, 2020**

UNITED STATES DISTRICT JUDGE