UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL CURRY,<br><br>       Plaintiff,<br><br>    v.<br><br>J. GEDDES,<br><br>       Defendant. | Case No. 1:20-cv-00235-DAD-EPG (PC)<br><br>ORDER FOLLOWING INITIAL SCHEDULING CONFERENCE |

      Terrell Curry ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On December 14, 2020, the Court held an Initial Scheduling Conference ("Conference"). Plaintiff telephonically appeared on his own behalf. Counsel Colin Shaff and Yasmin Manners telephonically appeared on behalf of Defendant.

      The Court did not set a schedule at the Conference. Defense counsel indicated that an early settlement conference might be beneficial, and the Court and the parties discussed whether an early settlement conference would be beneficial and what discovery would be beneficial prior to the settlement conference.

      For the reasons stated on the record at the Conference, IT IS ORDERED that:

      1. The parties are granted leave to conduct limited discovery. Within thirty days from the date of service of this order, each party may serve three interrogatories

and two requests for production of documents on the opposing party.  Responses to discovery requests are due within forty-five days of the date the requests are served.[1]

2. Within fourteen days from the date of service of this order, defense counsel shall contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule a settlement conference no earlier than March 15, 2021, and no later than April 30, 2021.

3. If this case does not settle at the settlement conference, the Court will issue a scheduling order and open discovery generally.

IT IS SO ORDERED.

Dated:    **December 15, 2020**            /s/ Erica P. Grosjean
                                                                UNITED STATES MAGISTRATE JUDGE

---

[1] The parties have permission to move to compel additional responses regarding these discovery requests, after they have served requests and received responses.